UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES FIELDS,

                              Plaintiff,   **NOTICE OF APPEARANCE**

           -against-

THE CITY OF NEW YORK, et al.,                 **07 CV 9542 (JGK)**

                            Defendants.

                                         **FILED BY ECF**

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
         January 22, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of
                                      the City of New York
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 788-0987
                                      Fax: (212) 788-9776

                                      By:
                                      _____/S/_____
                                      Brian G. Maxey
                                     Assistant Corporation Counsel