UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JAMES FIELDS

                        Plaintiff,

   - against -                                           RULE 7.1 STATEMENT

THE CITY OF NEW YORK, COLUMBIA            07 CIV 9542 (JGK)
PRESBYTERIAN MEDICAL CENTER and
"JOHN DOE 1"through "JOHN DOE 6",
                        Defendant.

-------------------------------------------------------x

      Pursuant to Federal Rule of Civil Practice 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NEWYORK-PRESBYTERIAN HOSPITAL s/h/a COLUMBIA PRESBYTERIAN MEDICAL CENTER (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                            NONE

Dated: New York, New York
           January 25, 2008

                                                _____/s/_____
                                                KENNETH J. PLATZER (KJP-1899)