UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JAMES FIELDS,

                           Plaintiff,

            -against-

THE CITY OF NEW YORK, COLUMBIA
PRESBYTERIAN MEDICAL CENTER, and "JOHN DOE
1" through "JOHN DOE 6"

                         Defendants.

**STIPULATION AND ORDER OF WITHDRAWAL AND DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

07 CV 9542 (JGK)

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08**

       **WHEREAS**, plaintiff commenced this action by filing a complaint on or about October 25, 2007, in the Southern District of New York; and

       **WHEREAS**, defendant City of New York has denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, defendant New York Presbyterian Hospital s/h/a Columbia Presbyterian Medical Center has denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       Plaintiff agrees to the dismissal with prejudice of all claims against defendants New York Presbyterian Hospital s/h/a Columbia Presbyterian Medical Center and the City of New York, and to release all defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorneys' fees, expenses, and costs.

So ordered.
[signature]
U.S.D.J.

3/24/08

Dated: New York, New York

March 24, 2008

LAW OFFICES OF VINCENT EKE-NWEKE, PC
Vincent Eke-Nweke, Esq.
Attorney for Plaintiff
498 Atlantic Avenue
Brooklyn, NY 11217

By: _____
Vincent Eke-Nweke, Esq.


MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street
Room 3-178
New York, New York 10007
(212) 788-0987

By: _____
Brian G. Maxey
Assistant Corporation Counsel


PLATZER LUCA & PEARL, LLP
Kenneth J. Platzer, Esq.
Attorney for Columbia Presbyterian Hospital s/h/a
Columbia Presbyterian Medical Center
61 Broadway   Suite 1601
New York, New York 10006

By: _____
Kenneth J. Platzer, Esq.


**SO ORDERED:**

_____
HONORABLE JOHN G. KOETL
UNITED STATES DISTRICT JUDGE